IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| DAT TRAN, | ) | CIVIL 10-00741-LEK-KSC |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| OPTION ONE MORTGAGE CORPORATION; GMAC MORTGAGE CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS; WELLS FARGO BANK, N.A.; AMERICAN HOME MORTGAGE SERVICING, INC.; CITI MORTGAGE; DOES 1-100, | ) | |
| Defendants. | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on June 14, 2011, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION TO DISMISS WITHOUT PREJUDICE ALL CLAIMS ASSERTED AGAINST DEFENDANTS OPTION ONE MORTGAGE CORPORATION, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS,

AMERICAN HOME MORTGAGE SERVICING, INC., WELLS FARGO BANK, N.A., AND CITI MORTGAGE," document no. 33 , are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, June 29, 2011.



        /S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**DAT TRAN V. OPTION ONE MORTGAGE CORPORATION, ET AL; CIVIL NO. 10-00741 LEK-KSC; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**